Summons in a Civil Action (Rev 11/97)

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED
2008 SEP -3 PM 3: 49

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ VNH _____ DEPUTY

JOSE A. NOBLES,

Plaintiff.

vs

F/V SUNRISE, SUNRISE FISHING, INC., WEST BAY PROCESSING INC and DOES 1 Through 30, inclusive,

Defendants

## SUMMONS IN A CIVIL ACTION

Case No. 08-cv-1594 JM POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Frank De Santis, Esq.
LAW OFFICES OF FRANK DE SANTIS
298 Third Avenue
Chula Vista CA 91910

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                              SEP - 3 2008

CLERK                                                DATE
K. HAMMERLY
(SEAL)

By _____, Deputy Clerk

Summons in a Civil Action                          Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)