# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE NOBLES,<br><br>                             Plaintiff,<br>  vs.<br>F/V SUNRISE, SUNRISE FISHING, INC., et al.,<br><br>                            Defendant. | CASE NO. 08cv1594 JM(POR)<br><br>ORDER GRANTING SUBSTITUTION OF COUNSEL |

On or about November 5, 2008 Plaintiff and his counsel filed a stipulated notice of substitution of counsel. The court hereby relieves Frank De Santis, Esq. as counsel for record and approves the substitution of Howard D. Sacks, Esq. as counsel of record for Plaintiff.

**IT IS SO ORDERED.**

DATED: November 10, 2008

                                                  Hon. Jeffrey T. Miller
                                                  United States District Judge

cc:       All parties